**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CLESTER BILLS**                                                                                   **PLAINTIFF**

V.                                        CASE NO. 3:16-CV-92-JM-BD

**STATE OF ARKANSAS**                                                                  **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Clester Bills, an inmate in the Mississippi County Detention Facility ("Detention Facility"), filed this case *pro se* under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*.  (Docket entries #1, #6, #7)

Mr. Bills included a number of factually unrelated claims in his complaint and amended complaint and named the State of Arkansas as the only Defendant. (#1, #8) He was ordered to file an amended complaint within 30 days of April 19, 2016, to cure a number of deficiencies the Court set out in an April 19 Order. (#9) To date, he has failed to comply with the Court's April 19 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Bills that his claims could be dismissed if he failed to comply with the Court's Order. (#9)

**III. Conclusion:**

The Court recommends that Mr. Bills's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 19, 2016 Order.

DATED this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE