**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CLESTER BILLS**                                                                                     **PLAINTIFF**

**V.**                    **CASE NO. 3:16-CV-00092 JM/BD**

**STATE OF ARKANSAS**                                                  **DEFENDANT**

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere based on Mr. Bill's failure to comply with the court's order giving him thirty days from April 19, 2016, to file an amended complaint. In response to the Recommendation, Mr. Bills filed a second amended complaint on May 25, 2016 (Docket No. 15). In addition to being untimely, this amended complaint does not cure any of the defects contained in his first two complaints (Dockets. No. 1 and 8) that were pointed out in the Recommendation. Rather, this amended complaint purports to add a different cause of action against unknown defendants for living conditions in Mr. Bill's trailer.[1]

After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommendation (Docket No. 14) should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. Bills' motion for discovery (Docket No. 16) is denied as moot.

---

[1] In his amended complaint Mr. Bills still gives the address of the Mississippi County Detention Facility in Luxora, Arkansas, that he has previously provided, but he also states that he has been a resident of a trailer park in Blytheville, Arkansas for over ten years.

Mr. Bills's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 1st day of June, 2016.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE