**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CLESTER BILLS**                                                      **PLAINTIFF**

**V.**                          **CASE NO. 3:16-CV-00092 JM/BD**

**STATE OF ARKANSAS**                                          **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered on this day, this case is DISMISSED.  It is

certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not

be taken in good faith.

Dated this 1ˢᵗ day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE